Form 319

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronald A. Sehring Jr.** | : | Case No. 18–22182–GLT |
| *Debtor(s)* | : | |
| | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |

## ORDER

      In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

      In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

      *AND NOW*, this **The 18th of December, 2018**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: December 18, 2018

cm: Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22182-GLT
Ronald A. Sehring, Jr.                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Dec 18, 2018
                              Form ID: 319            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
```
db             +Ronald A. Sehring, Jr.,    186 West Schwab Avenue,    Munhall, PA 15120-2270
14855882       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
14855883      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982238,   El Paso, TX 79998)
14855884       +Best Buy/CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14855885       +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
14855888       +S & T Bank,    P.O. Box 190,    Indiana, PA 15701-0190
14855890       +TD Bank USA/Target Cred,    P.O. Box 673,    Minneapolis, MN 55440-0673
14855891       +The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14855892       +Toyota Motor Credit Co.,    P.O. Box 9786,    Cedar Rapids, IA 52409-0004
14931312        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA  19355-0701
14855894       +WF/Bobs Furniture,    P.O. Box 14517,    Des Moines, IA 50306-3517
14855893       +Wells Fargo Financial,    Client Processing MAC N0003-038,    800 Walnut Street,
                 Des Moines, IA 50309-3605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14855886       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2018 02:52:29     Comenity Capital/Big Lots,
                 3100 Easton Square Plaza,    Columbus, OH 43219-6232
14855887       +E-mail/Text: mrdiscen@discover.com Dec 19 2018 02:52:17     Discover Financial Svcs LLC,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
14858621       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2018 02:59:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14855889       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 02:59:15     Syncb/JCPenney,    P.O. Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Lease Trust
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*             Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA  19355-0701
                                                                                    TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
```
              Brian J. Bleasdale    on behalf of Debtor Ronald A. Sehring, Jr. bleasdb@yahoo.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca Solarz    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                              TOTAL: 5
```